# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BOURFF | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION FILE |
| | : NO.: 1:10-CV-1479-JEC |
| ENCORE RECIEVABLE | : |
| MANAGEMENT, INC. | : |
| | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above captioned action and, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Michael Bourff and Defendant, Encore Receivable Management, Inc., through counsel, hereby stipulate and agree to dismissal, with prejudice, of the above styled action including all claims brought by Plaintiff Michael Bourff in this action. The parties also stipulate and agree that each party will bear their own costs and attorneys fees that were incurred, and/or associated, with the prosecution and/or defense of this action.

[Signatures on the following page]

10545357v.1

**SO ORDERED**, this _____ day of _____, 2010.


_____
Julie E. Carnes, Chief Judge
United States District Court

Stipulated to and Submitted by:

/s/ Michael J. Bourff         *[Signed with express permission by*
Michael J. Bourff             *Carl H. Anderson, Jr.]*
7097 Riverside Drive
Sandy Springs, Georgia 30328
(404)723-7968
E-mail: mjbourff@gmail.com


/s/Carl H. Anderson, Jr.
Carl H. Anderson, Esq.
Georgia Bar No. 016320
Hawkins Parnell Thackston & Young, LLP.
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
(404)614-7400 - telephone
E-mail: canderson@hptylaw.com

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 07 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Approved: this 7 day of July, 2010
JULIE E. CARNES

- 2 -

10545357v.1